# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MARIO A. SANCHEZ, *et al.*, | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. H-14-1195 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, | § | |
| Defendant. | § | |

## ORDER

This case is set for trial on January 20, 2015, with a pretrial conference set for January 9, 2015. On December 19, 2014, however, Deutsche Bank moved for summary judgment. (Docket Entry No. 10). The plaintiffs then moved (1) for a continuance of the pretrial conference and the trial and (2) to stay proceedings pending further discovery. (Docket Entry Nos. 11, 13). Deutsche Bank opposes both of these motions. The plaintiffs' response to Deutsche Bank's motion for summary judgment is due on January 9, 2015, which precedes the deadline for the bank to respond to the plaintiffs' motions to continue and to stay. In the interest of judicial economy and to afford the parties a full and fair opportunity to present their arguments on the pending motions, the court grants the plaintiffs **until January 16, 2015**, to file their response to the defendants' summary judgment motion. The trial date will be adjusted to accommodate these developments.

The deadline for the defendants to respond to the plaintiffs' motions for a continuance and to stay remains the same. The court will hold the pretrial conference on the date currently scheduled, January 9, 2015, at 9:30 a.m. At that conference, the court will address the scheduling issues raised by the recently filed motions. The plaintiffs need not file their portion of the joint

pretrial order in light of the late-filed summary judgment motion.

SIGNED on January 6, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge